McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas, Esq. (State Bar No. 125868)
Matthew S. McNicholas, Esq. (State Bar No. 190249)
E-mail: msm@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-4338
(310) 474-1582; FAX: (310) 475-7871

KINGSLEY & KINGSLEY, APC
Eric B. Kingsley, Esq. (State Bar No. 185123)
E-mail: kingsleylaw@aol.com
Darren M. Cohen, Esq. (State Bar No. 221938)
16133 Ventura Blvd., Suite1200
Encino, CA 91436
(818) 990-8300, FAX (818) 990-2903

LAW OFFICES OF MARCOS CAMACHO
Marcos Camacho, Esq. (State Bar No. 123501)
E-mail: mcamacho@mclawmail.com
Thomas Patrick Lynch, Esq. (State Bar No. 159277)
P.O. Box 9009
Bakersfield, CA 9339-9009
(661) 324-8100; FAX (661) 324-8103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN; on behalf of himself and a class of others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, a California corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive,<br><br>     Defendants. | Case No.  1:06-CV-00871-OWW-TAG<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE**<br><br>Date: October 16, 2006<br>Time: 10:00 a.m.<br>Ctrm: 2 |

TO THE COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF

RECORD:

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING DATE

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties have agreed to continue the hearing date on the Defendants' Motion to Dismiss Complaint and Alternatively Motion for a More Definite Statement;

WHEREAS, the hearing on this motion is currently set on the Court's calendar on October 16, 2006;

WHEREAS, the parties have agreed to continue the hearing date for two weeks.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record as follows:

The hearing date on the Defendant's Motion to Dismiss Complaint and Alternatively Motion for a More Definite Statement is continued from October 16, 2006 at 10:00 a.m. to October 30, 2006 at 10:00a.m.

DATED:  September 27, 2006          MCNICHOLAS & MICNICHOLAS LLP


                                   By:_/s/ Matthew S. McNicholas_____
                                        Matthew S. McNicholas
                                        Attorney for Plaintiffs


DATED:  September 27, 2006          NIXON & PEABODY LLP


                                   By:_/s/ J. Thomas Trombadore_____
                                        (As authorized on 9/28/06)
                                        J. Thomas Trombadore
                                        Attorneys for Defendants


                                   **ORDER**

IT IS SO ORDERED.


DATED:  September _29, 2006            _/s/ OLIVER W. WANGER_____
                                        OLIVER W. WAGNER
                                        Judge of the United States District Court
                                        Eastern District of California

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING DATE

PDF created with pdfFactory trial version www.pdffactory.com