McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas, Esq. (State Bar No. 125868)
Matthew S. McNicholas, Esq. (State Bar No. 190249)
E-mail: msm@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-4338
(310) 474-1582; FAX:  (310) 475-7871

KINGSLEY & KINGSLEY, APC
Eric B. Kingsley, Esq. (State Bar No. 185123)
E-mail: kingsleylaw@aol.com
Darren M. Cohen, Esq. (State Bar No. 221938)
16133 Ventura Blvd., Suite1200
Encino, CA 91436
(818) 990-8300, FAX (818) 990-2903

LAW OFFICES OF MARCOS CAMACHO
Marcos Camacho, Esq. (State Bar No. 123501)
E-mail: mcamacho@mclawmail.com
Thomas Patrick Lynch, Esq. (State Bar No. 159277)
P.O. Box 9009
Bakersfield, CA 9339-9009
(661) 324-8100; FAX (661) 324-8103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN; on behalf of himself and a class of others similarly situated, | Case No.  1:06-CV-00871-OWW-TAG |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| SUN PACIFIC FARMING COOPERATIVE, a California corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF

RECORD:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1

2      WHEREAS, the parties in this matter have met and conferred regarding the matters set forth

3  in Defendants' Motion to Dismiss and Alternatively Motion for a More Definite Statement and are

4  continuing to meet and confer regarding possible amendments to the allegations to resolve issues

5  raised by Defendants;

6      WHEREAS, the Plaintiffs anticipate amending the complaint to resolve the issues raised by

7  Defendants;

8      WHEREAS, the Parties request additional time to continue to confer on these matters and

9  have agreed to continue the Scheduling Conference date for fifteen days;

10     WHEREAS, the Court has currently has set the Scheduling Conference for  November 29,

11  2006;

12     WHEREAS, based upon this date the FRCP 26 (f) Early Meeting of Counsel would need to

13  take place no later than November 8, 2006 and the FRCP 26(a) Initial Disclosure would need to

14  take place no later than November 22, 2006;

15     WHEREAS, based upon the discussions of counsel, the contemplated amendment to the

16  complaint will alter the applicable statute of limitations and applicable law and substantially change

17  the scope of the pleadings;

18     WHEREAS, the amendment to the complaint will thereby substantially alter the scope and

19  substance of the FRCP 26(f) Early Meeting of Counsel and the FRCP 26(a) Initial Disclosures;

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Scheduling Conference be continued for fifteen (15) days to December 14, 2006, or to a date deemed appropriate by the Court.

DATED:  September 27, 2006                    MCNICHOLAS & MICNICHOLAS LLP


                                              By: /s/ Matthew S. McNicholas
                                                  Matthew S. McNicholas
                                                  Attorney for Plaintiffs

DATED:  September 27, 2006                    NIXON & PEABODY LLP


                                              By: /s/ J. Thomas Trombadore
                                                  (As authorized on 9/28/06)
                                                  J. Thomas Trombadore
                                                  Attorneys for Defendants


## [PROPOSED] ORDER

The Court, having considered the Stipulation of the parties and the Court's entire file in this matter, and for good cause shown, hereby continues the Scheduling Conference from November 29, 2006 to December 14, 2006 at 8:45a.m.  All dates based on this Scheduling Conference shall be adjusted accordingly.

IT IS SO ORDERED.


DATED:  September _29__, 2006                  _/s/ OLIVER W. WANGER_____
                                               HON. OLIVER W. WAGNER
                                               Judge of the United States District Court
                                               Eastern District of California

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com