UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TOMAS BRAN,                       )
                                  )   1:06-CV-0871 OWW TAG
                                  )
              Plaintiff,          )
                                  )
         v.                       )   **ORDER DISMISSING ACTION**
                                  )
SUN PACIFIC FARMING, etc.,        )
                                  )
                                  )
              Defendant.          )
                                  )
                                  )

      Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

      IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   October 18, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

1

Dockets.Justia.com