UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
TOMAS BRAN,                          )
                                     )    1:06-CV-0871 OWW TAG
                                     )
              Plaintiff,             )
                                     )
       v.                            )    ORDER DISMISSING ACTION
                                     )
SUN PACIFIC FARMING, etc.,           )
                                     )
                                     )
              Defendant.             )
                                     )
_____)
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   October 18, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

1