Robert K. Carrol, State Bar No. 81277
J. Thomas Trombadore, State Bar No. 136244
**NIXON PEABODY** LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants
Sun Pacific Farming Cooperative and
Sun Pacific Farming Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN, on behalf of himself and a class of others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, a California Corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 1:06-CV-00871-OWW-TAG<br><br>**STIPULATION AND ORDER TO CONTINUE TIME TO ANSWER OR PLEAD TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Courtroom 3<br>Judge: Hon. Oliver W. Wanger |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

**I.**

**STIPULATION**

**WHEREAS**, all parties by and through their counsel have agreed good causes exists to extend until Thursday November 16, 2006, the time for Defendants to answer plaintiffs' First Amended Complaint (hereafter "complaint") recently filed and served in this action on October 13, 2006, in response to Defendants' Motion to Dismiss previously set for an October 30, 2006 hearing and now off calendar;

STIPULATION & [PROPOSED] ORDER TO CONTINUE TIME
TO ANSWER OR PLEAD TO PLAINTIFFS' FIRST AMENDED
COMPLAINT – CASE NO. 1:06-CV-00871-OWW

10165186.1

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS**, the parties have agreed to continue the hearing date for two weeks;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto through their respective attorneys of record as follows:

1. Good cause exists to order an extension of time until November 16, 2006 for defendants to answer or otherwise plead to the FAC and the parties to this action hereby ask the Court to order it for each of the following reasons, each of which constitute good cause to do so.

2. Defendants timely filed a motion dismiss plaintiff Tomas Bran's original complaint in this action (hereafter "Motion"). The motion was set for an October 30, 2006 hearing. Plaintiff Bran responded to the Motion on the Friday evening October 13, 2006, last week, filing a First Amended Complaint adding two new plaintiffs Garcia and Ayon, and dismissing his own claims completely and in their entirety. Last week, counsel initiated a productive meet and conferral in response to the claims pleaded by the new plaintiffs and that fact that the new complaint fails to address all of the pleading issues raised in the Motion. The parties' joint factual investigations and conferral is ongoing at this time and continues to be a productive exchange of information among the parties in an effort to resolve remaining pleading issues and eliminate the possibility of others to productive end.

3. A possible outcome of this exchange among counsel could be that plaintiffs may opt to file a further amendment to the FAC thereby obviating the need for further pleading practice or that defendants may elect to answer rather than refile a new motion to dismiss.

4. The undersigned counsel for the parties agree that this investigative process and exchange of evidence and information should require no more than three weeks' time to complete and agree that it has been and should continue to be a productive exchange well spent. All counsel agree that this process is productive and could obviate the need for further motion practice attacking the pleadings by defendants at this pleading phase of the case and controversy.

5. Therefore, the parties by and through their respective attorneys of record agree and ask this Court, for the good cause demonstrated herein, to enter an order granting Defendants the described extension of time until November 16, 2006 to answer or otherwise plead to Plaintiff's First Amended Complaint filed in this action.

STIPULATION & [PROPOSED] ORDER TO CONTINUE TIME
TO ANSWER OR PLEAD TO PLAINTIFFS' FIRST AMENDED
COMPLAINT – CASE NO. 1:06-CV-00871-OWW

-2-

10165186.1

PDF created with pdfFactory trial version www.pdffactory.com

DATED: October 23, 2006      MCNICHOLAS & MICNICHOLAS LLP

By: /s/ Matthew S. McNicholas
    (Authorized October 23, 2006)
    Matthew S. McNicholas
    Attorney for Plaintiffs

DATED: October 23, 2006      NIXON & PEABODY LLP

By: /s/ J. Thomas Trombadore
    J. Thomas Trombadore
    Attorneys for Defendants

## II.
## ORDER

Good Cause exists to grant the foregoing Stipulation of the parties in light of the foregoing recitals of counsel. Therefore, the foregoing Stipulation of the Parties is hereby ordered.

IT IS SO ORDERED.

DATED: October 24, 2006      /s/ Oliver W. Wanger
    OLIVER W. WANGER
    Judge of the United States District Court
    Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com