McNICHOLAS & McNICHOLAS, LLP
Patrick McNicholas, Esq. (State Bar No. 125868)
Matthew S. McNicholas, Esq. (State Bar No. 190249)
E-mail: msm@mcnicholaslaw.com
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-4338
(310) 474-1582; FAX: (310) 475-7871

KINGSLEY & KINGSLEY, APC
Eric B. Kingsley, Esq. (State Bar No. 185123)
E-mail: kingsleylaw@aol.com
Darren M. Cohen, Esq. (State Bar No. 221938)
16133 Ventura Blvd., Suite1200
Encino, CA 91436
(818) 990-8300, FAX (818) 990-2903

LAW OFFICES OF MARCOS CAMACHO
Marcos Camacho, Esq. (State Bar No. 123501)
E-mail: mcamacho@mclawmail.com
Thomas Patrick Lynch, Esq. (State Bar No. 159277)
P.O. Box 9009
Bakersfield, CA 9339-9009
(661) 324-8100; FAX (661) 324-8103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN; on behalf of himself and a class of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, et al.<br><br>　　　　　　　　Defendants. | Case No. 1:06-CV-00871-OWW-TAG<br><br>**STIPULATION AND ORDER TO CONTINUE DECEMBER 14, 2006 SCHEDULING CONFERENCE** |

TO THE COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on or about November 16, 2006, Defendants filed a Motion to Dismiss and Strike First Amended Complaint and Alternatively Motion for More Definite Statement (the "Motion;")

WHEREAS, due to the Court's calendar, the hearing for the Motion is set for January 22, 2007;

WHEREAS, the Court has currently has set the Scheduling Conference for December 14, 2006;

WHEREAS, based upon this date the FRCP 26 (f) Early Meeting of Counsel would need to take place no later than November 22, 2006 and the FRCP 26(a) Initial Disclosure would need to take place no later than December 6, 2006;

WHEREAS, the outcome of the Motion may substantially alter the scope and substance of the FRCP 26(f) Early Meeting of Counsel and the FRCP 26(a) Initial Disclosures;

/ / /

/ / /

…

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Scheduling Conference be continued for sixty three (63) days to February 15, 2007, so that the Early Meeting of Counsel take place no later than January 25, 2007, which is three days after the scheduled hearing date of the Motion.

DATED:  November 20, 2006              MCNICHOLAS & MICNICHOLAS LLP


                                       By: /s/ Matthew S. McNicholas
                                           Matthew S. McNicholas
                                           Attorney for Plaintiffs


DATED:  November 20, 2006              NIXON & PEABODY LLP


                                       By: /s/ J. Thomas Trombadore
                                           (As authorized on 11/20/06)
                                           J. Thomas Trombadore
                                           Attorneys for Defendants

## ORDER

The Court, having considered the Stipulation of the parties and the Court's entire file in this matter, and for good cause shown, hereby continues the Scheduling Conference from December 14, 2006 to February 15, 2007 at 8:45 a.m.  All dates based on this Scheduling Conference shall be adjusted accordingly.

IT IS SO ORDERED.

DATED:  November 20, 2006              /s/ Oliver W. Wanger
                                       HON. OLIVER W. WAGNER
                                       Judge of the United States District Court
                                       Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com