1  Robert K. Carrol, State Bar No. 81277
   Eric K. Larson, State Bar No. 142791
2  **NIXON PEABODY** LLP
   Two Embarcadero Center, Suite 2700
3  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300

5  Attorneys for Defendants
   Sun Pacific Farming Cooperative and
6  Sun Pacific Farming Company

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | TOMAS BRAN, on behalf of himself and a class of others similarly situated, | Case No. 1:06-CV-00871-OWW-TAG |
|---|---|
|                                              | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTIONS AND SCHEDULING CONFERENCE** |
| Plaintiffs,                                  |                                                                                      |
| vs.                                          | Courtroom 3                                                                          |
| SUN PACIFIC FARMING COOPERATIVE, a California Corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive, | Judge: Hon. Oliver W. Wanger |
| Defendants.                                  |                                                                                      |

19 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS**

20 **ACTION:**

21     **WHEREAS**, on or about November 16, 2006, Defendants filed a Motion to Dismiss and

22 Strike First Amended Complaint and Alternatively Motion for More Definite Statement (the

23 "Motion;")

24     **WHEREAS,** due to the Court's calendar, the hearing for the Motion is currently set for

25 March 12, 2007;

26     **WHEREAS,** the March 12, 2007 date creates a conflict for plaintiffs' counsel and the

27 following Monday, March 19, 2007 creates a conflict for defendants' counsel;

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING ON MOTIONS AND SCHEDULING CONFERENCE                                    10264131.1
CASE NO. 1:06-CV-00871-OWW

PDF created with pdfFactory trial version www.pdffactory.com

1   **WHEREAS,** the Court has currently set the Scheduling Conference for February 15, 2007;

2   **WHEREAS,** based upon this date the FRCP 26(f) Early Meeting of Counsel would need to
3   take place no later than January 25, 2007 and the FRCP 26(a) Initial Disclosure would need to take
4   place no later than February 8, 2007;

5   **WHEREAS,** the outcome of the Motion may alter the scope and substance of the FRCP 26(f)
6   Early Meeting of Counsel and the FRCP 26(a) Initial Disclosures;

7   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective
8   attorneys of record that hearing on the motions be continued to March 26, 2007, that the Scheduling
9   Conference be continued to April 26, 2007 and that the Early Meeting of Counsel take place no later
10  than April 12, 2007.

11
12  DATED:  February 5, 2007          MCNICHOLAS & MCNICHOLAS LLP

13
14                                                            By: /s/ Matthew S. McNicholas
                                                                    Matthew S. McNicholas
15                                                                  Attorney for Plaintiffs

16
17  DATED:  February 5, 2007          NIXON  PEABODY LLP

18
19
20                                                            By: /s/ Eric K. Larson
                                                                    Eric K. Larson
21                                                                  Attorneys for Defendants

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE            -2-                              10264131.1
HEARING ON MOTIONS AND SCHEDULING CONFERENCE
CASE NO. 1:06-CV-00871-OWW

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

1
2   The Court, having considered the Stipulation of the parties and the Court's entire file in this
3   matter, and for good cause shown, hereby continues the hearing on defendants' pending motions
4   from March 12, 2007 to March 26, 2007 at 10:00 a.m. in Courtroom 3, and continues the Scheduling
5   Conference from February 15, 2007 to April 26, 2007 at 8:45 a.m. in Courtroom 3.  All dates based
6   on this Scheduling Conference shall be adjusted accordingly.
7   IT IS SO ORDERED.
8
9   DATED:  2/7/07                                    /s/ Oliver W. Wanger
                                                      HON. OLIVER W. WANGER
10                                                    Judge of the United States District Court
                                                      Eastern District of California
11
12
...
28

PDF created with pdfFactory trial version www.pdffactory.com