IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN, | CASE NO. CV F 06-0871 LJO TAG |
| Plaintiff, | **PRELIMINARY SCHEDULING AND DISCOVERY ORDER** |
| vs. | |
| SUN PACIFIC FARMING COOPERATIVE, et al., | |
| Defendants. / | |

This Court conducted a preliminary scheduling conference on April 26, 2007 in Department 4 (LJO). Plaintiffs appeared by telephone by counsel Eric Kingsley, Kingsley & Kingsley, APC. Defendants Sun Pacific Farming Cooperative and Sun Pacific Farming Co. (collectively "defendants") appeared by telephone by counsel Eric Larson, Nixon Peabody LLP.

This action arises from defendants' alleged failure to pay wages and overtime compensation to plaintiffs and other similarly farm laborers. After discussion with counsel, this Court SETS:

1.   A November 30, 2007 cutoff for discovery regarding class certification only;

2.   The following briefing schedule for class certification:

   a.   January 31, 2008 – Deadline to file motion for class certification;

   b.   February 28, 2008 – Deadline to file opposition to motion for class certification; and

   c.   March 13, 2008 – Deadline to file reply for motion for class certification;

1

1       3.    A hearing on March 24, 2008 at 8:30 a.m. in Department 4 (LJO) on plaintiffs'
2           anticipated motion for class certification; and
3       4.    A further scheduling conference on April 24, 2008 at 8:30 a.m. in Department 4 (LJO).

The parties' counsel are encouraged to appear at the hearing and further scheduling conference by telephone by arranging a one-line conference call and adding the Court at (559) 498-5680.

Based on discussion with counsel, this Court limits the parties to 25 interrogatories and to 15 depositions. The parties may stipulate to increase these limits.

IT IS SO ORDERED.

**Dated:   April 26, 2007**                         **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE