# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 06-0871 LJO TAG<br><br>**ORDER TO SUBMIT FURTHER STIPULATION AND PROPOSED ORDER TO CONTINUE DISCOVERY AND MOTION DATES** |

This Court's April 26, 2007 order ("April 26 order") set:

1. A November 30, 2007 cutoff for discovery regarding class certification only;

2. The following briefing schedule for class certification:

   a. January 31, 2008 – Deadline to file motion for class certification;

   b. February 28, 2008 – Deadline to file opposition to motion for class certification; and

   c. March 13, 2008 – Deadline to file reply for motion for class certification;

3. A hearing on March 24, 2008 at 8:30 a.m. in Department 4 (LJO) on plaintiffs' anticipated motion for class certification; and

4. A further scheduling conference on April 24, 2008 at 8:30 a.m. in Department 4 (LJO).

On December 17, 2007, the parties' counsel submitted a stipulation which this Court construes as a request to continue the November 30, 2007 cutoff for class certification discovery and the January

1  31, 2008 deadline to file a motion for class certification.  This Court is troubled that the parties sought
2  after the November 30, 2007 class certification discovery cutoff to continue the cutoff and related class
3  certification motion.  This Court is further troubled that the parties' counsel did not address further
4  briefing deadlines and court appearances set in the April 26 order.  As such, this Court ORDERS the
5  parties's counsel, no later than January 4, 2008, to file a stipulation and proposed order to:

     1.     Describe good cause to extend dates set in the April 26 order; and

     2.     Propose new dates for all deadlines and court appearances set in the April 26 order.

IT IS SO ORDERED.

**Dated:   December 28, 2007**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE