McNICHOLAS & McNICHOLAS, LLP
Matthew S. McNicholas, Esq. (State Bar No. 190249)
E-mail:  msm@mcnicholaslaw.com
Catherine Burke Schmidt (State Bar No. 212827)
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024-4338
(310) 474-1582; FAX: (310) 475-7871

KINGSLEY & KINGSLEY, APC
Eric B. Kingsley, Esq. (State Bar No. 185123)
E-mail:  eric@kingsleykingsley.com
Darren M. Cohen, Esq. (State Bar No. 221938)
16133 Ventura Blvd., Suite1200
Encino, CA 91436
(818) 990-8300; FAX: (818) 990-2903

LAW OFFICES OF MARCOS CAMACHO
Marcos Camacho, Esq. (State Bar No. 123501)
Thomas Patrick Lynch, Esq. (State Bar No. 159277)
E-mail:  mcamacho@mclawmail.com
P.O. Box 9009
Bakersfield, CA 93389-9009
(661) 324-8100; FAX: (661) 324-8103

Attorneys for Plaintiffs

NIXON PEABODY LLP
Dale Hudson, Esq. (State Bar No. 81948)
E-mail: dhudson@nixonpeabody.com
Matthew Zandi, Esq. (State Bar No. 203329)
E-mail: mzandi@nixonpeabody.com
Gas Company Tower
555 West Fifth Street
Los Angeles, CA 90013
(213)(213) 629-6015; FAX (866) 741-1399

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS BRAN, on behalf of himself and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, a California Corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. 1:06-cv-871-LJO-TAG**<br><br>**FIRST AMENDED STIPULATION TO CONTINUE MOTION AND DISCOVERY DEADLINES**<br><br><u>Scheduling Conference</u><br>Date:        April 26, 2007<br>Time:       8:30 a.m.<br>Courtroom: 4 |

WHEREAS, on or about April 26, 2007, the Court issued an order setting the following discovery schedule regarding class certification only:

    a.    January 31, 2008 – Deadline to file motion for class certification;

    b.    February 28, 2008 – Deadline to file opposition to motion for class certification;

    c.    March 13, 2008 – Deadline to file reply for motion for class certification;

    d.    March 24, 2008 at 8:30 a.m. in Department 4 (LJO) – Hearing on plaintiffs' anticipated motion for class certification; and

    4.    April 24, 2008 at 8:30 a.m. in Department 4 (LJO) - Further scheduling conference.

WHEREAS, plaintiffs issued formal discovery, and on August 10, 2007, defendant served its responses;

WHEREAS, defendant required an agreement to a protective order before producing the responsive documents;

WHEREAS, counsel for the parties negotiated a stipulation for protective order, working from August to December, 2007;

WHEREAS, the parties submitted to the Court on December 5, 2007, the Stipulation For Protective Order; Order Thereon, which the Court signed on or about December 14, 2007;

WHEREAS, plaintiff first requested a defense deposition in a letter to counsel dated October 12, 2007, in late November of 2007, counsel for defendants voluntarily agreed to produce

a witness for deposition on December 17, 2007, on December 5, 2007, plaintiff first noticed the deposition of defense witness Emily Ybarra for December 17, and the December 17 deposition was thereafter continued to January 8, 2008 because of a conflicting court appearance on the part of the witness.

WHEREAS, there was a delay in sending out pre-certification notices to the class members;

WHEREAS, the parties request that:

a. the deadline for class certification discovery, currently set for November 30, 2007, be continued to February 15, 2008;

b. the deadline to file the motion for class certification, currently set for January 31, 2008, be continued for an additional forty-seven (47) days to March 18, 2008;

c. the deadline to file the opposition to motion for class certification, currently set for February 28, 2008, be continued for an additional forty-seven (47) days to April 15, 2008;

d. the deadline to file the reply regarding the motion for class certification, currently set for March 13, 2008, be continued for an additional forty-seven (47) days to April 29, 2008;

e. the hearing on plaintiffs' anticipated motion, currently set for March 24, 2008 at 8:30 a.m. in Department 4 (LJO), be continued to May 12, 2008 at 8:30; and

///

    f.    the further scheduling conference, currently set for April 24, 2008 at 8:30 a.m. in Department 4 (LJO) be continued to June 12, 2008 at 8:15am.

IT IS SO STIPULATED.

Dated: January 3, 2008                      McNICHOLAS & McNICHOLAS, LLP

                                    By:    /s/ Matthew S. McNicholas  
                                             Matthew S. McNicholas  
                                             Attorneys for Plaintiffs,  
                                             SANDRA GARCIA, et al.

Dated: January 4, 2008                      NIXON PEABODY LLP

                                    By:    /s/ Matthew Zandi  
                                             Matthew Zandi  
                                             Attorneys for Defendants,  
                                             SUN PACIFIC FARMING COOPERATIVE

IT IS SO ORDERED.

Dated: _January 8, 2008                    _/s/ Lawrence J. O'Neill  
                                             HON. LAWRENCE J. O'NEIL  
                                           U.S. DISTRICT COURT JUDGE

FIRST AMENDED STIPULATION TO CONTINUE MOTION AND DISCOVERY DEADLINES