1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    TOMAS BRAN,                              CASE NO. CV F 06-0871 LJO TAG

9                  Plaintiff,          _____**ORDER TO CLERK TO CHANGE CAPTION**

10          vs.

11   SUN PACIFIC FARMING COOPERATIVE,
     et al.,
12
                     Defendants.
13   _____/

14          Lead named plaintiff in this case, Tomas Bran, voluntarily dismissed his claims.  (Doc. 22.)  The

15   first amended complaint identifies as the plaintiffs SANDRA GRACIA and ANTONIO POMPA AYON.

16   For the purpose of ease in processing this case in the future, IT IS HEREBY ORDERED that the names

17   in the caption of this case be changed and now read:

18                  SANDRA GRACIA and ANTONIO POMPA AYON,

19                                   Plaintiffs,

20                  v.

21                  SUN PACIFIC FARMING COOPERATIVE, SUN PACIFIC
                    FARMING CO.,
22                                   Defendants.

23

24

25   IT IS SO ORDERED.

26   **Dated:    April 16, 2008**         _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES DISTRICT JUDGE
27

28

                                          1