1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA and ANTONIO POMPA AYON, on behalf of themselves and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, a California Corporation; SUN PACIFIC FARMING CO., form unknown,<br><br>Defendants. | Case No. 1:06-CV-00871-LJO TAG<br><br>**ORDER TO CHANGE CAPTION** |

**<u>ORDER</u>**

The Court, having considered the Notice of Correction, the argument of counsel, and the Court's entire file in this matter, and for good cause shown, hereby orders the Clerk to change the caption to read:

/ / /

/ / /

/ / /

/ / /

SANDRA GARCIA and ANTONIO POMPA AYON, on behalf of themselves and a class of others similarly situated,

Plaintiffs,

v.

SUN PACIFIC FARMING COOPERATIVE, a California Corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive,

Defendants.

IT IS SO ORDERED.

DATED:  May 1, 2008                              ___/s/ Lawrence J. O'Neill____
                                                 HON. LAWRENCE J. O'NEILL
                                                 Judge of the United States District Court
                                                 Eastern District of California

Submitted by:

DATED: April 25, 2008                            MCNICHOLAS & MCNICHOLAS, LLP


                                                 By    /s/ Matthew S. McNicholas
                                                       Matthew S. McNicholas
                                                       Attorneys for Plaintiffs