# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, et al., | CASE NO. CV F 06-0871 LJO TAG |
| Plaintiff, | **ORDER ON DEFENDANT'S REQUEST TO FILE A SUR-REPLY AND ORDER DIRECTING PLAINTIFFS TO FILE DECLARATIONS** |
| vs. | |
| SUN PACIFIC FARMING COOPERATIVE, et al., | |
| Defendants. | |

The Court has received and reviewed defendant Sun Pacific's request to file documents as sur-reply to the motion for class certification. The request is GRANTED.

In addition, plaintiffs are directed to file declarations that substantiate the accusations of dishonor made against an officer of the Court.

No further opposition or reply will be permitted.

IT IS SO ORDERED.

**Dated:   May 9, 2008**                            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1