

1  McNICHOLAS & McNICHOLAS, LLP
   Patrick McNicholas, Esq. (State Bar No. 125868)
2  Matthew S. McNicholas, Esq. (State Bar No. 190249)
   E-mail: msm@mcnicholaslaw.com
3  10866 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90024-4338
4  (310) 474-1582; FAX: (310) 475-7871

5  KINGSLEY & KINGSLEY, APC
   Eric B. Kingsley, Esq. (State Bar No. 185123)
6  E-mail: kingsleylaw@aol.com
   Darren M. Cohen, Esq. (State Bar No. 221938)
7  16133 Ventura Blvd., Suite 1200
   Encino, CA 91436
8  (818) 990-8300, FAX (818) 990-2903

9  LAW OFFICES OF MARCOS CAMACHO
   Marcos Camacho, Esq. (State Bar No. 123501)
10 E-mail: mcamacho@mclawmail.com
   Thomas Patrick Lynch, Esq. (State Bar No. 159277)
11 P.O. Box 9009
   Bakersfield, CA 9339-9009
12 (661) 324-8100; FAX (661) 324-8103

13 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, on behalf of herself and a class of others similarly situated, and ANTONIO POMPA AYON, on behalf of himself and a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUN PACIFIC FARMING COOPERATIVE, a California corporation; SUN PACIFIC FARMING CO., form unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:06-CV-00871-LJO-TAG<br><br>**ORDER GRANTING EX PARTE APPLICATION TO SEAL**<br><br>Dept: 4<br>Hon. Lawrence J. O'Neil |

1

This matter comes before the Court on Plaintiffs Sandra Garcia and Antonio Pompa Ayons's Ex Parte Application to Seal Exhibit "6" to the Declaration of Eric B. Kingsley in Support of Plaintiff's Motion for Class Certification, and to seal Exhibit "16" to the Declaration of Maria Bautista and Exhibit "17" to the Declaration of Matthew S. McNicholas in Support of Plaintiff's Reply to Defendants' Opposition to Motion for Class Certification.

Having considered the ex parte application, the records and files herein, for the reasons set forth below, the Court grants Plaintiff's Ex Parte Application to seal.

Rule 39-140(a) of the Local Rules of this Court states that when filing documents, counsel "shall omit, or where reference is necessary, partially redact the following personal data identifiers from all pleadings, documents, and exhibits, whether filed electronically or on paper, unless the Court others otherwise: . . .(iii) Social Security number: Use only the last four numbers."

Furthermore, the Stipulation for Protective Order entered into by the parties, and signed by Magistrate Judge Goldner on December 14, 2007, requires any party filing with the Court documents designated as Confidential Discovery Materials to do so under seal and to comply with Rule 39-141 of this Court, regarding the sealing of documents.

Exhibit "6" to the Declaration of Eric B. Kingsley filed in support of the Motion for Class Certification, scheduled for hearing on May 12, 2008, at 8:30 AM, in this Court, consists of true and correct copies of a "sampling of defendant's time records, produced by defendant during discovery, in response to plaintiff's request for production of documents, set one, question 1."

Exhibit "16" to the Declaration of Maria Bautista and Exhibit "17" to the Declaration of Matthew S. McNicholas filed in Support of Plaintiff's Reply to Defendants' Opposition to Motion for Class Certification, consists of true and correct copies of a sampling of defendant's daily crew sheets, and time records, respectively.

The daily crew sheets and time cards include the names and social security numbers of some of defendant's employees.

The names and the social security numbers of the employees are not relevant to any issues raised by the Motion for Class Certification.

In accordance with the Protective Order and the Court's policy of redacting social security numbers from filed documents, the Court GRANTS the motion to seal Exhibit "6" to the Declaration of Eric B. Kinglsey, Exhibit "16" to the Declaration of Maria Bautista, and Exhibit "17" to the Declaration of Matthew S. McNicholas.

IT IS SO ORDERED

DATED: May 7, 2008

JUDGE OF THE DISTRICT COURT