IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, et al., | CASE NO. CV F 06-0871-LJO- TAG |
| Plaintiffs, | **ORDER ON PLAINTIFFS' REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| SUN PACIFIC FARMING COOPERATIVE, et al., | |
| Defendants. | |

After a June 12, 2008 scheduling conference, this Court set an August 5, 2008 status conference to determine the following issues: (1) when the parties estimate the Ninth Circuit Court of Appeals will decide Plaintiffs' pending petition for permission to appeal this Court's order on Plaintiffs' class certification motion; (2) Defendants' position on setting dates; and (3) whether to set dates or continue the scheduling conference.

In response to this Court's order, Plaintiffs' counsel emailed a status letter to this Court on July 30, 2008. Plaintiffs aver that the clerk of the Ninth Circuit indicated that it will take "several months" for a decision to be rendered on Plaintiffs' petition. Plaintiffs request, "in the interest of judicial economy and in the interest of saving all parties potentially unnecessary costs and expenses," to continue the scheduling conference until 30 days after the issuance of the Ninth Circuit's decision on Plaintiff's petition. Plaintiff indicates that defendant counsel agrees to the continuance.

Although an appeal by permission of a class certification does not stay the district court's proceedings unless so ordered by the district or appellate court, Fed. R. Civ. P. 23(f), this Court agrees that a continuance of the scheduling conference promotes the interests of judicial economy. Accordingly, this Court:

1. GRANTS Plaintiffs' request to continue the scheduling conference until thirty (30) days after the Ninth Circuit Court of Appeals rules on Plaintiffs' petition for permission to appeal this Court's order denying Plaintiff's class certification motion;

2. ORDERS Plaintiffs, **no later than three (3) days** after the Ninth Circuit issues its order on Plaintiffs' petition for permission to appeal this Court's order, to file and serve a status report to advise this Court of the Ninth Circuit's decision and to request this Court to set a scheduling conference. Plaintiffs' failure to file this status report may result in sanctions; and

3. VACATES the August 5, 2008 status conference.

IT IS SO ORDERED.

**Dated:   July 30, 2008**                              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE