# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, et al., | CASE NO. CV F 06-0871 LJO TAG |
| Plaintiff, | **ORDER STAYING ACTION PENDING APPEAL** |
| vs. | |
| SUN PACIFIC FARMING COOPERATIVE, et al., | |
| Defendants. | |

The Court been informed that the Ninth Circuit has granted plaintiffs' request to appeal this Court's denial of the motion for class certification. In light of the appeal on a key issue which will impact case management, the Court STAYS this action. The Court SETS a status conference for November 3, 2008 at 8:15 a.m. in Department 4.

IT IS SO ORDERED.

**Dated:   August 15, 2008**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE