# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, et al., | CASE NO. CV F 06-0871 LJO BAK |
| Plaintiff, | **ORDER TO SET TELEPHONIC STATUS CONFERENCE** |
| vs. | |
| SUN PACIFIC FARMING COOPERATIVE, et al., | |
| Defendants. | |

The Ninth Circuit Court of Appeals recently issued its mandate in the above entitled action. As such, this Court:

1. SETS a telephonic status conference for January 14, 2010 at 8:15 a.m. in Department 4 (LJO). The parties shall appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680. The parties' counsel shall be prepared to discuss how to proceed with this action; and

2. ORDERS the parties, no later than January 7, 2010, to file a joint status report which:

    A. ADDRESSES whether the parties will proceed with this action;

    B. PROPOSES dates for further discovery, pretrial motions, pretrial conference and trial; and

    C. ADDRESSES other matters to efficiently resolve this action.

Due to this Court's heavy caseload and its effect on maintaining firm scheduled dates, the parties are encouraged to consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   December 11, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE