UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GARCIA, et al.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SUN PACIFIC FARMING<br>COOPERATIVE, INC.,<br><br>　　　　　　Defendant. | **Case No.: 1:06-cv-00871 LJO JLT**<br><br>ORDER TO PLAINTIFF TO FILE REQUEST FOR DISMISSAL IMMEDIATELY OR SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED AND SANCTIONS IMPOSED |

　　　On June 30 and July 1, 2010, the parties participated in a telephonic settlement conference with Magistrate Judge Thurston. During the settlement conference, the parties settled the matter on agreed upon terms. Each attorney and party present confirmed to Judge Thurston individually that he agreed to the terms of the settlement.

　　　On July 1, 2010, the Court issued a minute order requiring Plaintiffs to file a request for dismissal of the matter no later than July 19, 2010. (Doc. 129) Nevertheless, Plaintiffs have failed to comply with this order.

**ORDER**

　　　Based upon the foregoing,

　　　　1.　Plaintiffs are **ORDERED** to file the request for dismissal immediately, or, alternatively,

　　　　2.　Plaintiffs are **ORDERED** to show cause, no later than September 7, 2010,

1

why the Court should not dismiss the matter <u>and</u> impose sanctions for their failure to comply with the Court's order.

IT IS SO ORDERED.

Dated:   **August 31, 2010**                                                  **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE